IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD MATTHEW MINIELLY** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | **NO. 15-6164** |
| **ACME CRYOGENICS, INC., JOEL HANSEN, TERRY BRUBAKER, ROBERT MUIR, ROBERT AURITT, And PETER LEONE,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 28th day of March 2016, it is hereby **ORDERED** as follows:

1. Plaintiff Richard Matthew Minielly's First Motion to Remand to State Court (ECF 8) is **DENIED.**

2. Defendants' Motion to Dismiss for Failure to State a Claim (ECF 6) is **GRANTED**. Counts I, II, III, IV, V, and VII are **DISMISSED**.

3. Plaintiff Richard Matthew Minielly is **GRANTED** leave to file an amended complaint as to Count IV and Count(s) VII.

BY THE COURT:

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL,  J