# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RICHARD MATTHEW MINIELLY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 15-6164 |
| | : | |
| ACME CRYOGENICS, et al., | : | |
| Defendants | : | |

## O R D E R

**AND NOW,** this 21st day of June, 2017, upon consideration of the defendants' motion to dismiss the plaintiff's second amended complaint (Document #24), and the plaintiff's response thereto (Document #31), IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the plaintiff's motion for reconsideration of my Order correcting a docketing entry (Document #36) is DENIED as moot.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.